**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE: ) | |
| REBEKAH ELIZABETH WEAVER ) | CASE NO.: 2:17-bk-23929-CMB |
| ) | CHAPTER 13 |
| ) | JUDGE CARLOTA M. BOHM |
| DEBTOR ) | |
| ) | |
| NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| REBEKAH ELIZABETH WEAVER, DEBTOR, ) | |
| AND RHONDA J. WINNECOUR, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**RESPONSE TO DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE (DOCKET NO. 139)**

COMES NOW, NewRez LLC d/b/a Shellpoint Mortgage Servicing, (hereinafter "Secured Creditor"), in the above-styled case, with this, Response to Debtor's Objection to Notice of Mortgage Payment Change (Docket No. 139) and in support thereof offers the following:

1. NewRez LLC d/b/a Shellpoint Mortgage Servicing is a secured creditor for real property, **220 East 3rd Street, Derry, PA 15627.**

2. On October 7, 2022, Secured Creditor filed a Notice of Mortgage Payment Change for an escrow change in the amount of $131.97 per month, effective November 2022.

3. The Objection Notice of Mortgage Payment Change filed on October 21, 2022 states that:

   *"The Debtor was approved for a loan modification in June 2020; wherein the monthly mortgage payment was Three Hundred Ninety-Eight Dollars and twenty-four cents ($398.24)."*

4. Secured Creditor is in the process of researching this claim and it appears that an Amended Notice of Payment Change may be warranted, and Secured Creditor needs additional time to finalize a resolution.

5. Secured Creditor reserves the right to supplement its response.

**WHEREFORE**, NewRez LLC d/b/a Shellpoint Mortgage Servicing requests that this Court overrule the Objection to Notice of Mortgage Payment Change and grant such other and further relief as the Court deems just and proper or in the alternative allow Secured Creditor additional time to file an Amended Notice of Payment Change, if necessary.

DATED this 7th day of November 2022.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 7th day of November 2022:

        Respectfully submitted,

        /s/ Joshua I. Goldman
        Joshua I. Goldman, Esq.
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Secured Creditor*

**SERVICE LIST (CASE NO. 2:17-bk-23929-CMB)**

*DEBTOR*
REBEKAH ELIZABETH WEAVER
220 EAST THIRD STREET
DERRY, PA 15627

*ATTORNEYS FOR DEBTOR*
DAVID A. COLECCHIA
LAW CARE
324 SOUTH MAPLE AVENUE
GREENSBURG, PA 15601-3219
COLECCHIA542@COMCAST.NET

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV